Alden J. Parker, Admitted Pro Hac Vice
aparker@fisherphillips.com
Fisher & Phillips LLP
1215 K Street, 17th Floor
Sacramento, CA 95814
Telephone: (916) 769-9905
Facsimile: (916) 440-0993

Anne M. Milligan, OSB #111615
amilligan@fisherphillips.com
Fisher & Phillips LLP
111 SW Fifth Avenue, Suite 4040
Portland, OR 97204
Telephone: (503) 242-4262
Facsimile: (503) 242-4263

Attorneys for Defendants
SUMMIT FUNDING, INC.
and DAVID KAMMERER

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **DEAN SCHMIDT,**<br><br>                              Plaintiff,<br><br>    v.<br><br>**SUMMIT FUNDING, INC.**, a California corporation; and **DAVID KAMMERER,**<br><br>                              Defendants. | **Case No. 6:15-cv-00640-TC**<br><br>**JOINT STIPULATION TO DISMISS PLAINTIFF'S SECOND CAUSE OF ACTION WITH PREJUDICE** |

Page 1    JOINT STIPULATION TO DISMISS PLAINTIFF'S
         SECOND CAUSE OF ACTION WITH PREJUDICE

FISHER & PHILLIPS LLP
111 SW Fifth Ave., Ste. 4040
Portland, Oregon 97204
(503) 242-4262

FPDOCS 32055808.1

This action having been brought by Plaintiff, the parties hereby STIPULATE and request that the Court order that Plaintiff's Second Cause of Action be DISMISSED WITH PREJUDICE and without costs or attorney fees to any party.

Dated: 9/27/16

_____
Honorable Magistrate Judge Thomas M. Coffin

SIGNED: September 6, 2016         FISHER & PHILLIPS LLP

/s/ Alden J. Parker
Alden J. Parker, admitted *pro hac vice*
aparker@fisherphillips.com
Anne M. Milligan, OSB #111615
amilligan@fisherphillips.com
111 SW Fifth Avenue, Suite 4040
Portland, OR 97204

Of Attorneys for Defendants

SIGNED: September 6, 2016         WM. RANDOLPH TURNBOW

/s/ Wm. Randolph Turnbow
Wm. Randolph Turnbow, OSB 803910
randy@steelheadlawyer.com
2610 Highland Oaks Drive
Eugene, OR 97405

Of Attorneys for Plaintiff

Page 2   JOINT STIPULATION TO DISMISS PLAINTIFF'S SECOND CAUSE OF ACTION WITH PREJUDICE

FISHER & PHILLIPS LLP
111 SW Fifth Ave., Ste. 4040
Portland, Oregon 97204
(503) 242-4262

FPDOCS 32055808.1