IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DEAN SCHMIDT,

                Plaintiff,           Civil No. 6:15-CV-0640-TC

        v.                         Findings and Recommendation

SUMMIT FUNDING, INC., a
California corporation;
and DAVID KAMMERER,

                Defendants.

COFFIN, Magistrate Judge:

    The parities have stipulated to the dismissal of the only federal claim in this action.

    This court should exercise its discretion and decline to exercise supplemental jurisdiction over the remaining state-law claim as all federal claims have been dismissed and such action is appropriate in the circumstances of this case. See 28 U.S.C §1367 (c)(3); Acri v. Varian Associates, Inc., 114 F.3d 999, 1001 (9th Cir. 1997) ("The Supreme Court has stated, and we have often repeated, that 'in the usual case in which all federal- law claims are eliminated before

trial, the balance of factors ... will point towards declining to exercise jurisdiction over the remaining state-law claims'" (citation omitted)). This court has not invested its judicial energies as to the state claim to such an extent that would justify retaining jurisdiction. Nor is it apparent that judicial economy would be served by retaining jurisdiction over this case. Although it might be more convenient for the parties if the court retained jurisdiction, fairness and comity would be served by declining jurisdiction.

## CONCLUSION

The court should decline to exercise supplemental jurisdiction over the remaining state claim in this action. As such, this action should be remanded to the Circuit Court for the County of Lane.

DATED this 10th day of January, 2017.

_____
THOMAS M. COFFIN
United States Magistrate Judge

2 - Findings & Recommendation